# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO

| | |
|---|---|
| **UNITED STATES OF AMERICA,**     ) | **CASE NO.  1:07CR486** |
| ) | |
| **PLAINTIFF**    ) | **JUDGE PETER C. ECONOMUS** |
| ) | |
| **V.**     ) | |
| ) | |
| **DONNELL HAMILTON,**     ) | **MEMORANDUM OPINION** |
| ) | **AND ORDER** |
| **DEFENDANT.**     ) | |
| ) | |

This matter is before the Court upon Magistrate Judge Limbert's Report and Recommendation that the Court ACCEPT Defendant Donnell Hamilton's ("Defendant") plea of guilty and enter a finding of guilty against Defendant. (Dkt. # 18).

On September 12, 2007, Defendant was indicted by a United States grand jury. (Dkt. #1).  On January 28, 2008, this Court issued an order assigning this case to Magistrate Judge George J. Limbert for the purpose of receiving Defendant's guilty plea. (Dkt. # 14).

On February 5, 2008, a hearing was held in which Defendant entered a plea of guilty to Counts 1, 2, and 3 of the indictment, assault on a federal officer, being a felon in possession of a firearm, and possession of a firearm and ammunition in a federal court facility, in violation of 18 U.S.C. §§ 111, 922(g)(1), and 930.  Magistrate Judge

Limbert received Defendant's guilty plea and issued a Report and Recommendation ("R&R") recommending that this Court accept the plea and enter a finding of guilty. (Dkt. # 18).

Neither party objected to the Magistrate Judge's R&R in the ten days after it was issued.

On *de novo* review of the record, the Magistrate Judge's R&R is adopted. The Defendant was found to be competent to enter a plea. The Defendant understood his constitutional rights. He is aware of the consequences of entering a plea. There is an adequate factual basis for the plea. The Court finds that the plea was entered knowingly, intelligently, and voluntarily. The Defendant's plea of guilty is approved.

Therefore, the Defendant is adjudged guilty of Counts 1, 2, and 3, in violation of 18 U.S.C. §§ 111, 922(g)(1), and 930. The sentencing will be held on May 21, 2008, at 10:30 a.m.

**IT IS SO ORDERED**.

**/s/ Peter C. Economus - May 21, 2008**
**PETER C. ECONOMUS**
**UNITED STATES DISTRICT JUDGE**